702

Circuit denied. *Messrs. Robert T. Devlin, Wm. H. Devlin,* and *Horace B. Wulff* for petitioner. *Mr. Charles A. Strong* for respondent.

No. 928. KEIG, TRUSTEE, *v.* LLOYD ET AL. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. James A. O'Callaghan* for petitioner. *Mr. Henry H. Furth* for respondents.

No. 929. MOVIETONEWS, INC. ET AL. *v.* ALEXANDER ET AL. May 24, 1937. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. F. A. W. Ireland* and *Stanley H. Fischer* for petitioners. *Messrs. Herbert W. Haldenstein, Henry Epstein,* and *Joseph A. McLaughlin* for respondents.

No. 932. IRVIN *v.* BUICK MOTOR CO. ET AL. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. George W. Sutton* for petitioner. *Mr. Drury W. Cooper* for respondents.

No. 940. GENERAL ELECTRIC CO. *v.* ELECTRIC MACHINERY MFG. CO. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Harrison F. Lyman, Henry R. Ashton, Reynolds Robertson,* and *Charles Neave* for petitioner. *Mr. William H. Davis* for respondent.